| | |
|---|---|
| 1 | ANDRÉ BIROTTE JR.<br>United States Attorney |
| 2 | LEON W. WEIDMAN<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>KATHERINE M. HIKIDA |
| 4 | Assistant United States Attorney<br>California State Bar #153268 |

       Room 7516, Federal Building
       300 North Los Angeles Street
       Los Angeles, California 90012
       Telephone: (213) 894-2285
       Facsimile: (213) 894-7819
       katherine.hikida@usdoj.gov

Attorneys for Federal Defendant
Thomas J. Vilsack, Secretary of the
U.S. Department of Agriculture

FILED
CLERK, U.S. DISTRICT COURT
JAN 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

NOTE CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENEEN L. PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA EMERGENCY MANAGEMENT AGENCY;<br>THOMAS J. VILSACK, Secretary of UNITED STATES DEPARTMENT OF AGRICULTURE; and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO. CV 10-9744-MMM (SSx)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

<u>ORDER</u>

Pursuant to the parties' Stipulation for Protective Order, IT IS HEREBY ORDERED as follows:

(1)   The parties shall have the right to use records and information produced by Federal Defendant Thomas J. Vilsack, Secretary of the U.S. Department of Agriculture ("Secretary"), in conducting or responding to further discovery in this case, including depositions;

(2)   The parties shall have the right to use records and information produced by the Secretary in all law and motion proceedings. However, the parties agree that any records or information designated as "Confidential" will be ~~filed~~ lodged under seal; pursuant to L.R. 79;

(3)   The parties shall have the right to use records produced by the Secretary in all preparations for trial. If a party wishes to disclose records protected by the Privacy Act to persons requested to furnish expert or litigation services, other than their counsel, then said person(s) shall execute a written declaration substantially in the form of Exhibit "A" attached hereto. Nothing herein shall prohibit the parties or counsel from disclosing a document or its contents which constitute or contains information protected under the Privacy Act to the person the document identifies as an author or addressee of such document;

(4)   The parties shall have the right to use records produced by the Secretary at trial in this action, including without limitation, in the examination of any witnesses, and in the presentation of all types of evidence, in the making and defending of trial motions, in trial briefs, and in argument;

(5)   The parties shall have the right to use records produced by the Secretary in any appellate proceedings, including without limitation, in trial briefs and in argument;

(6)   Upon completion of this action, CalEMA and its counsel and Plaintiff and her counsel shall certify to the Court that they have irretrievably destroyed or

1  returned all documents that have been produced pursuant to this Protective Order.
2  They shall further certify that they have destroyed or returned all copies and/or
3  duplicates, as defined by Rule 1001(4) of the Federal Rules of Evidence, that they
4  have made of such documents; and

5      (7)    This Order is not intended to compromise the rights of any party to
6  object to discovery pursuant to the Federal Rules of Civil Procedure or any other
7  governing authority nor is it intended to alter any burden of proof regarding any
8  assertion of privilege in this matter.

9  DATED: 1/6/12

UNITED STATES ~~DISTRICT~~ JUDGE

Suzanne H. Segal
U.S. Magistrate Judge

## EXHIBIT "A"

I have read and I understand the Stipulation For Protective Order and Protective Order entered by the Court in the case <u>Deneen L. Phillips v. California Emergency Management Agency, et al.</u>, CV 10-9744-MMM (SSx), and I agree to be bound by its terms.

DATED: _____

_____
Signature

_____
Printed Name